**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

## CASE SUMMARY

FILED
9/3/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: jb  DEPUTY

Case Number: CR 20-114(A)-SVW
Defendant Number: 1
U.S.A. v. Demi PHAM
Year of Birth: 1981
[✓] Indictment  [ ] Information
Investigative agency (FBI, DEA, etc.): HSI

**NOTE:** All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."

### OFFENSE/VENUE

a. Offense charged as a:

[ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
[ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense: 1/15/19; 5/28/19; 3/6/20

c. County in which first offense occurred
Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

[✓] Los Angeles  [ ] Ventura
[ ] Orange  [ ] Santa Barbara
[ ] Riverside  [ ] San Luis Obispo
[✓] San Bernardino  [ ] Other _____

Citation of Offense _____

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
[ ] Eastern (Riverside and San Bernardino)  [ ] Southern (Orange)

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

[✓] No  [ ] Yes

If "Yes," Case Number: _____

Pursuant to General Order 21-01, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): _____

### PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: N/A
Case Number: _____
Assigned Judge: _____
Charging: _____
The complaint/CVB citation:
[ ] is still pending
[ ] was dismissed on: _____

### PREVIOUS COUNSEL

Was defendant previously represented? [ ] No  [✓] Yes
IF YES, provide Name: Mark Sedlander
Phone Number: 424-652-4016

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*  [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*  [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

### SUPERSEDING INDICTMENT/INFORMATION

IS THIS A NEW DEFENDANT?  [ ] Yes  [✓] No

This is the 1st superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on: 03/03/20

Case Number CR 20-114(A)-SVW

The superseded case:
[✓] is still pending before Judge/Magistrate Judge
Stephen V. Wilson
[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
[ ] Yes*  [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*  [✓] No

Was a Notice of Complex Case filed on the Indictment or Information?
[ ] Yes  [✓] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**INTERPRETER**

Is an interpreter required?  [✓] YES  [ ] NO
IF YES, list language and/or dialect:
Vietnamese

**OTHER**

[ ] Male  [✓] Female
[✓] U.S. Citizen  [ ] Alien
Alias Name(s): Diem Thi Ly; Diem Lee

This defendant is charged in:
[✓] All counts
[ ] Only counts: _____

[ ] This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.
[ ] This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?  [ ] Yes  [ ] No
IF YES, should matter be sealed?  [ ] Yes  [ ] No

The area(s) of substantive law that will be involved in this case include(s):
[ ] financial institution fraud
[ ] government fraud
[ ] environmental issues
[✓] narcotics offenses
[ ] violent crimes/firearms
[ ] public corruption
[ ] tax offenses
[ ] mail/wire fraud
[ ] immigration offenses
[ ] corporate fraud
[ ] Other _____

**CUSTODY STATUS**

Defendant **is not in custody**:
a. Date and time of arrest on complaint: 3/6/20 - on indictment
b. Posted bond at complaint level on: 3/6/20
   in the amount of $ 25,000
c. PSA supervision?  [✓] Yes  [ ] No
d. Is on bail or release from another district:
No

Defendant **is in custody**:
a. Place of incarceration:  [ ] State  [ ] Federal
b. Name of Institution: _____
c. If Federal, U.S. Marshals Service Registration Number: _____
d. [ ] Solely on this charge. Date and time of arrest: _____
e. On another conviction:  [ ] Yes  [ ] No
   IF YES:  [ ] State  [ ] Federal  [ ] Writ of issue
f. Awaiting trial on other charges:  [ ] Yes  [ ] No
   IF YES:  [ ] State  [ ] Federal  AND
   Name of Court: _____
   Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. __20__  __21__  __40__

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date 09/02/2021

*David Pi*
Signature of Assistant U.S. Attorney
David Y. Pi
Print Name

CR-72 (03/21)                CASE SUMMARY                Page 2 of 2