UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.  2:20-cr-00114-SVW                                                      Date: May 23, 2022

Present: The Honorable: **STEPHEN V. WILSON, U.S. DISTRICT JUDGE**

Interpreter    Than (Kristie) Nguyen

| Paul M. Cruz | Maria Bustillos | David Pi & David Lachman |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Demi Pham | | | X | Mark S. Sedlander | | X | |

**Proceedings:** STATUS CONFERENCE

   Case called. Attorneys state their appearances. The Court is advised that the defendant has failed to appear.

   The Court orders that a warrant issue forthwith.

   WARRANT ISSUED.

                                                                                                       :   09
**Initials of Deputy Clerk**    PMC

cc