

FILED
CLERK, U.S. DISTRICT COURT

MAR 3 0 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    vs.<br><br>Demi Pham<br>           Defendant. | Case No.: 2:20-CR-00114-SVW-1<br><br>ORDER [OF DETENTION] AFTER HEARING HELD PURSUANT TO 18 U.S.C. § 3148 (B)<br><br>(Alleged Violation of Conditions of Pretrial Release) |

**A.**

A warrant for arrest of the defendant for the alleged violation of conditions of pretrial release having been issued by Judge ___Wilson (Dkt. 141)___ , and the Court having conducted a hearing on the alleged violation(s),

**B.**

The Court finds

(1)

    (A)  ( )   that there is probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

    (B)  (X)   that there is clear and convincing evidence that the defendant has violated any other condition of release, specifically the following:

    Failure to appear at pre-trial status conference (Dkt.140) and at trial (Dkt.143)

and

(2)

    (A)  (X)  that based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety or any other person or the community; or

    (B)  ( )  that the defendant is unlikely to abide by any condition or combination of conditions of release.

and/or, in the event of (1) (A)

(3)    ( )  that the defendant has not rebutted the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community.

or

(4)    ( )  that there are conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community, and that the defendant will abide by such conditions. See separate order setting conditions.

    ( )  This Order shall be stayed for 72 hours in order to allow the Government to seek review from the [assigned District Judge] [criminal duty District Judge].

or

C.

(X)  IT IS ORDERED that the defendant be detained prior to trial.

DATED: ___3/30/26___    _Karen E. Scott_

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE